

No. 94–5364. WARREN v. COLE. C. A. 6th Cir. Certiorari denied.

No. 94–5365. DANIEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–5366. CORREIA v. CONNECTICUT. App. Ct. Conn. Certiorari denied. 

No. 94–5367. MOORE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. ██

No. 94–5368. PESEK v. COURT OF APPEALS OF WISCONSIN, THIRD DISTRICT, ET AL. Sup. Ct. Wis. Certiorari denied.

No. 94–5369. MEHIO v. GRABER ET AL. Ct. App. Utah. Certiorari denied.

No. 94–5371. HANEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 94–5372. HILLIARD v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–5373. FRUMENTINO v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 94–5375. HOFFMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 94–5376. RICHMOND v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 94–5377. ROLLINGS v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5378. McDANIEL v. FIRST CITIZENS BANK & TRUST CO. Sup. Ct. N. C. Certiorari denied.

No. 94–5379. LANIER v. HAYNES ET AL. C. A. 4th Cir. Certiorari denied.